IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLOS LUIS ORTIZ,

    Plaintiff,

v.                                                       4:21cv40–WS/MAF

CLASSIFICATION OFFICER
PHILLIPS, et al.,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (ECF No. 4) docketed March 17, 2021. The magistrate judge recommends that this case be dismissed without prejudice for failure to prosecute and failure to comply with a court order. The plaintiff's copy of the report and recommendation has been returned to the court, marked "Return to Sender, Unclaimed, Unable to Forward." Although it is his responsibility to do so, the plaintiff has not provided the court with a current address.

Upon review of the record, this court has determined that the

recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 4) is adopted and incorporated by reference in this order of the court.

2. This action are hereby DISMISSED without prejudice for failure to prosecute and failure to comply with a court order.

3. The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this     23rd     day of     April    , 2021.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE